14 F.3d 47
 Jones (Donald S.)
v.
Morgan (James), Acting Supt.), Callithen (H.), Dep. Supt.
Operations, Carson (V.), Counselor, Goode (D.), Acting Supt.
Treatment, Thompson (J.), Acting Dir. Treatment, Johnson
(P.), Major, Rakszawski (J.), Hearing Examiner, Bitner
(R.S.), Chief Hearing Examiner Division, Matthews (M.J.),
Assistant Counsel, Lehman (Robert), Commissioner, Casey
(Robert P.), Governor, Preate (Earnest), Atty. General, Reid
(L.), Former Supt. SCI, Pittsburgh
 NO. 93-3204
 United States Court of Appeals,
Third Circuit.
 Nov 23, 1993
 
 Appeal From: W.D.Pa.,
 Benson, J.
 
 
 1
 AFFIRMED.